Randall E. Kay (State Bar No. 149369)
rekay@jonesday.com
Matthew A. Ferry (State Bar No. 279236)
mferry@jonesday.com
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA  92130.4096
Telephone:  +1.858.314.1200
Facsimile:   +1.858.314.1150

Frank P. Coté (State Bar No. 204529)
fcote@jonesday.com
JONES DAY
3161 Michelson Blvd., Suite 800
Irvine, CA 92612
Telephone: +1.949.851.3939
Facsimile: +1.949.553.3939

Attorneys for Defendant
MICRON CONSUMER PRODUCTS GROUP,
INC., DBA LEXAR

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Micron Consumer Products Group, Inc., dba Lexar<br><br>　　　　Defendant. | Case No. 3:13-CV-02907-H-BGS<br><br>**DEFENDANT MICRON CONSUMER PRODUCTS GROUP, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:　　　June 2, 2014<br>Time:　　　10:30 a.m.<br>Courtroom: 15A<br><br>Judge:  Hon. Marilyn L. Huff |

SDI-198169v2

3:13-CV-02907-H-BGS

MICRON CONSUMER PRODUCTS GROUP, INC.'S NOTICE OF MOTION TO DISMISS

1 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 PLEASE TAKE NOTICE that on June 2, 2014, at 10:30 a.m., in the
3 Courtroom of the Honorable Marilyn L. Huff of the Southern District of California,
4 located at Courtroom 15A, Suite 1510, 333 West Broadway, San Diego, California
5 92101, Defendant Micron Consumer Products Group, Inc., dba Lexar ("MCPG")
6 will and hereby does move for an order to dismiss the direct infringement and
7 indirect infringement claims asserted against MCPG by Plaintiff e.Digital
8 Corporation ("e.Digital") in the above-titled case.

9 This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on
10 the grounds that e.Digital's First Amended Complaint fails to allege facts that state
11 a plausible claim for relief based upon MCPG's alleged direct infringement,
12 induced infringement, and contributory infringement of the asserted patent.
13 Accordingly, e.Digital's direct infringement, induced infringement, and
14 contributory infringement claims against MCPG should be dismissed in their
15 entirety.

16 This Motion is based on this Notice of Motion and Motion and the
17 accompanying Memorandum of Points and Authorities, all of which are served and
18 filed herewith, the complete records and files of this action, and any argument or
19 additional evidence that is permitted by this Court.

20 Dated:     April 28, 2014            Respectfully submitted,

21                                     Jones Day

23                                     By: *s/ Randall E. Kay*
24                                         Randall E. Kay

25                                     Counsel for Defendant
                                        MICRON CONSUMER PRODUCTS
26                                      GROUP, INC.

SDI-198169v2                          1                    3:13-CV-02907-H-BGS