# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>  Plaintiff,<br><br>vs.<br><br>MICRON CONSUMER PRODUCTS GROUP, INC., d/b/a LEXAR,<br><br>  Defendant. | Case Nos.:<br>13-cv-2907-H-BGS (lead case)<br>13-cv-2944-H-BGS<br><br>**ORDER REGARDING THE CLAIM CONSTRUCTION HEARING** |
| E.DIGITAL CORPORATION,<br><br>  Plaintiff,<br><br>vs.<br><br>MICRON TECHNOLOGY, INC.,<br><br>  Defendant. | |

The claim construction hearing is scheduled for Thursday, February 19, 2015 at 9:00 a.m. Exercising its discretion, the Court allots one hour of argument for Plaintiff e.Digital and one hour of argument (collectively) for Defendants Micron Consumer Products Group, Inc. and Micron Technology, Inc.

**IT IS SO ORDERED**.

DATED: February 18, 2015

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT